**UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION**

In re:                                             §
                                                   §
MUSTAFA, MONA F                                    §         Case No. 07-12965
                                                   §
                 Debtor(s)                         §

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. The debtor filed a petition under chapter     of the United States Bankruptcy Code on
    . The undersigned trustee was appointed on              .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of              $

    Funds were disbursed in the following amounts:

    Administrative expenses
    Payments to creditors
    Non-estate funds paid to 3rd Parties
    Payments to the debtor

    Leaving a balance on hand of[1]        $

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (9/1/2009) *(Page: 1)*

      6.  The deadline for filing claims in this case was _____. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

      7.  The Trustee's proposed distribution is attached as **Exhibit D**.

      8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____.  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

      The trustee has received $_____ as interim compensation and now requests a sum of $_____, for a total compensation of $_____.  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $_____, and now requests reimbursement for expenses of $_____, for total expenses of $_____.

      Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.


Date:_____    By:/s/JOSEPH E. COHEN_____
                                                   Trustee


**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

FORM 1
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1
Exhibit A

| Case No: | 07-12965 | ABG | Judge: A. BENJAMIN GOLDGAR | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|---|---|
| Case Name: | MUSTAFA, MONA F | | | Date Filed (f) or Converted (c): | 07/19/07 (f) |
| | | | | 341(a) Meeting Date: | 08/10/07 |
| For Period Ending: | 08/11/10 | | | Claims Bar Date: | 03/25/08 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. REAL ESTATE | 440,999.00 | 0.00 | | 0.00 | 0.00 |
| 2. REAL ESTATE - OHIO | 85,000.00 | 0.00 | | 0.00 | 0.00 |
| 3. CHECKING | 1,200.00 | 0.00 | | 0.00 | 0.00 |
| 4. COLLEGE SAVINGS PLAN | 7,500.00 | 0.00 | | 0.00 | 0.00 |
| 5. SECURITY DEPOSIT | 350.00 | 0.00 | | 0.00 | 0.00 |
| 6. HOUSEHOLD GOODS | 4,635.00 | 0.00 | | 0.00 | 0.00 |
| 7. MOVIE POSTER COLLECTION | 1,000.00 | 0.00 | | 0.00 | 0.00 |
| 8. APPAREL | 2,000.00 | 0.00 | | 0.00 | 0.00 |
| 9. JEWELRY | 2,000.00 | 1,500.00 | | 0.00 | 1,500.00 |
| 10. SPORTS EQUIPMENT | 1,000.00 | 500.00 | | 0.00 | 500.00 |
| 11. FITNESS EQUIPMENT, CAMERA, DVD RECORDER | 1,300.00 | 700.00 | | 0.00 | 700.00 |
| 12. IRA | 106.00 | 0.00 | | 0.00 | 0.00 |
| 13. STOCK | 500.00 | 0.00 | | 0.00 | 0.00 |
| 14. CONTINGENT CLAIM | 100,000.00 | 25,000.00 | | 0.00 | 25,000.00 |
| 15. AUTOMOBILE | 28,500.00 | 0.00 | | 0.00 | 0.00 |
| 16. INCOME TAX REFUND (u) | Unknown | 20,000.00 | | 20,430.00 | 0.00 |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 49.49 | Unknown |

Gross Value of Remaining Assets
TOTALS (Excluding Unknown Values)     $676,090.00     $47,700.00     $20,479.49     $27,700.00
(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TRUSTEE HAS REQUESTED BOOKS AND RECORDS FROM THE DEBTOR. TRUSTEE HAS COLLECTED INCOME TAX REFUND FROM DEBTOR. TRUSTEE

LFORM1     Ver: 15.10d
**UST Form 101-7-TFR (9/1/2009)** *(Page: 3)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2
Exhibit A

| | | |
|---|---|---|
| Case No: | 07-12965  ABG  Judge: A. BENJAMIN GOLDGAR | Trustee Name: JOSEPH E. COHEN |
| Case Name: | MUSTAFA, MONA F | Date Filed (f) or Converted (c): 07/19/07 (f) |
| | | 341(a) Meeting Date: 08/10/07 |
| | | Claims Bar Date: 03/25/08 |

WAITING FOR PENDING ADVERSARY COMPLAINT FILED BY THE DEBTOR TO BE RESOLVED.  COMPLAINT HAS NOW BEEN RESOLVED.

Initial Projected Date of Final Report (TFR): 02/28/09     Current Projected Date of Final Report (TFR): 04/30/10

LFORM1
**UST Form 101-7-TFR (9/1/2009)** *(Page: 4)*

Ver: 15.10d

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit B

| Case No: | 07-12965 -ABG | | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|---|
| Case Name: | MUSTAFA, MONA F | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******6919  BofA - Money Market Account |
| Taxpayer ID No: | *******8144 | | | |
| For Period Ending: | 08/11/10 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 12/24/07 | 16 | UNITED STATES TREASURY | Tax refund Income tax refund | 1224-000 | 20,430.00 | | 20,430.00 |
| 12/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.500 | 1270-000 | 1.40 | | 20,431.40 |
| 01/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.400 | 1270-000 | 8.10 | | 20,439.50 |
| 02/29/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.300 | 1270-000 | 4.86 | | 20,444.36 |
| 03/25/08 | 000301 | INTERNATIONAL SURETIES, LTD. | Bond premium | 2300-000 | | 18.00 | 20,426.36 |
| 03/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.250 | 1270-000 | 4.83 | | 20,431.19 |
| 04/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.250 | 1270-000 | 4.19 | | 20,435.38 |
| 05/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 2.59 | | 20,437.97 |
| 06/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 2.52 | | 20,440.49 |
| 07/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 2.60 | | 20,443.09 |
| 08/29/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 2.59 | | 20,445.68 |
| 09/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 2.52 | | 20,448.20 |
| 10/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.100 | 1270-000 | 1.98 | | 20,450.18 |
| 11/28/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.100 | 1270-000 | 1.67 | | 20,451.85 |
| 12/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 1.03 | | 20,452.88 |
| 01/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.17 | | 20,453.05 |
| 02/27/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.16 | | 20,453.21 |
| 02/28/09 | 000302 | International Sureties, Ltd. 701 Poydras St. Suite 420 New Orleans, LA 70139 | Bond premium | 2300-000 | | 16.79 | 20,436.42 |
| 03/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.18 | | 20,436.60 |
| 04/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.45 | | 20,437.05 |
| 05/29/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.52 | | 20,437.57 |
| 06/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.51 | | 20,438.08 |
| 07/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.52 | | 20,438.60 |
| 08/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.52 | | 20,439.12 |
| 09/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.50 | | 20,439.62 |
| 10/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.51 | | 20,440.13 |

FORM 2

Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| Case No: | 07-12965 -ABG | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|
| Case Name: | MUSTAFA, MONA F | Bank Name: | BANK OF AMERICA, N.A. |
|  |  | Account Number / CD #: | *******6919  BofA - Money Market Account |
| Taxpayer ID No: | *******8144 |  |  |
| For Period Ending: | 08/11/10 | Blanket Bond (per case limit): | $ 5,000,000.00 |
|  |  | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 11/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.51 |  | 20,440.64 |
| 12/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.52 |  | 20,441.16 |
| 01/29/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.52 |  | 20,441.68 |
| 02/26/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.47 |  | 20,442.15 |
| 03/26/10 | 000303 | INTERNATIONAL SURETIES, LTD. | Bond premium | 2300-000 |  | 24.30 | 20,417.85 |
| 03/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.52 |  | 20,418.37 |
| 04/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.50 |  | 20,418.87 |
| 05/28/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.52 |  | 20,419.39 |
| 06/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.50 |  | 20,419.89 |
| 07/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.51 |  | 20,420.40 |

| Account *******6919 | Balance Forward | 0.00 |  |  |  |
|---|---|---|---|---|---|
| 1 | Deposits | 20,430.00 | 3 | Checks | 59.09 |
| 32 | Interest Postings | 49.49 | 0 | Adjustments Out | 0.00 |
|  |  |  | 0 | Transfers Out | 0.00 |
|  | Subtotal | $ 20,479.49 |  |  |  |
|  |  |  |  | Total | $ 59.09 |
| 0 | Adjustments In | 0.00 |  |  |  |
| 0 | Transfers In | 0.00 |  |  |  |
|  | Total | $ 20,479.49 |  |  |  |

FORM 2

Page: 3

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| Case No: | 07-12965 -ABG | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|
| Case Name: | MUSTAFA, MONA F | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******6919  BofA - Money Market Account |
| Taxpayer ID No: | *******8144 | | |
| For Period Ending: | 08/11/10 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

EXHIBIT C
ANALYSIS OF CLAIMS REGISTER

| Case Number: | 07-12965 | | Page 1 | | Date: August 11, 2010 |
| Debtor Name: | MUSTAFA, MONA F | | Claim Class Sequence | | |

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 001<br>3110-00 | COHEN & KROL | Administrative | | $2,672.50 | $0.00 | $2,672.50 |
| 000013<br>040<br>5800-00 | State of Michigan, Department of Treasury<br>Revenue & Collections Division<br>P.O. Box 30754<br>Lansing, MI 48909 | Priority | | $3,074.97 | $0.00 | $3,074.97 |
| 000014<br>040<br>5800-00 | State of Michigan, Department of Treasury<br>Revenue & Collections Division<br>P.O. Box 30754<br>Lansing, MI 48909 | Priority | | $4,304.94 | $0.00 | $4,304.94 |
| 000001<br>070<br>7100-00 | Discover Bank/DFS Services LLC<br>PO Box 3025<br>New Albany OH 43054-3025 | Unsecured | | $15,918.61 | $0.00 | $15,918.61 |
| 000002<br>070<br>7100-00 | CHASE BANK USA<br>C O WEINSTEIN AND RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121 | Unsecured | | $3,992.72 | $0.00 | $3,992.72 |
| 000003<br>070<br>7100-00 | John Newcomb<br>26200 W. Arbor Lane<br>Channahon, IL 60410 | Unsecured | | $40,087.58 | $0.00 | $40,087.58 |
| 000004<br>070<br>7100-00 | John Newcomb<br>26200 W. Arbor Lane<br>Channahon, IL 60410 | Unsecured | | $40,087.58 | $0.00 | $40,087.58 |
| 000005<br>070<br>7100-00 | Condell Acute Care<br>c/o Certified Services Inc<br>1733 Washington Street<br>Waukegan, IL 60085 | Unsecured | | $566.00 | $0.00 | $566.00 |
| 000006<br>070<br>7100-00 | Toledo Edison<br>Bankruptcy Dept.<br>6896 Miller Rd. Rm 204<br>Breckville, OH 44141 | Unsecured | | $108.59 | $0.00 | $108.59 |
| 000007<br>070<br>7100-00 | Columbia Gas of Ohio, Inc<br>200 Civic Center Dr.m 11th Floor<br>Columbus, OH 43215 | Unsecured | | $810.83 | $0.00 | $810.83 |
| 000008<br>070<br>7100-00 | eCAST Settlement Corp./HSBC Bank Nevada<br>POB 35480<br>Newark NJ 07193-5480 | Unsecured | | $1,178.83 | $0.00 | $1,178.83 |

# EXHIBIT C
## ANALYSIS OF CLAIMS REGISTER

| Case Number: | 07-12965 | | Page 2 | | Date: August 11, 2010 |
|---|---|---|---|---|---|
| Debtor Name: | MUSTAFA, MONA F | | Claim Class Sequence | | |

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 000009 070 7100-00 | American Express Bank FSB c/o Becket and Lee LLP POB 3001 Malvern PA 19355-0701 | Unsecured | | $10,040.56 | $0.00 | $10,040.56 |
| 000010 070 7100-00 | eCAST Settlement Corp./Household Finance Corp/Beneficial POB 35480 Newark NJ 07193-5480 | Unsecured | | $17,379.50 | $0.00 | $17,379.50 |
| 000011 070 7100-00 | LVNV Funding LLC / Citibank Resurgent Capital Services PO Box 10587 Greenville, SC 29603-0587 | Unsecured | | $3,818.65 | $0.00 | $3,818.65 |
| 000012A 070 7100-00 | City of Toledo 420 madison Avenue Suite 100 Toledo, OH 43667-0001 | Unsecured | | $401.30 | $0.00 | $401.30 |
| 000015 070 7100-00 | AMERICAN INFOSOURCE LP AS AGENT FOR FIA Card Services, NA/Bank of America 4515 N Santa Fe Ave Oklahoma City, OK 73118 | Unsecured | | $5,049.35 | $0.00 | $5,049.35 |
| 000012B 050 4110-00 | City of Toledo 420 madison Avenue Suite 100 Toledo, OH 43667-0001 | Secured | | $486.69 | $0.00 | $486.69 |
| | Case Totals: | | | $149,979.20 | $0.00 | $149,979.20 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

### TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 07-12965
Case Name: MUSTAFA, MONA F
Trustee Name: JOSEPH E. COHEN

Claims of secured creditors will be paid as follows:

| *Claimant* | *Proposed Payment* |
|---|---|
| _____ | $_____ |
| _____ | $_____ |
| _____ | $_____ |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|
| Trustee: JOSEPH E. COHEN | $_____ | $_____ |
| Attorney for trustee: COHEN & KROL | $_____ | $_____ |
| Appraiser: | $_____ | $_____ |
| Auctioneer: | $_____ | $_____ |
| Accountant: | $_____ | $_____ |
| Special Attorney for trustee: | $_____ | $_____ |
| Charges: | $_____ | $_____ |
| Fees: | $_____ | $_____ |
| Other: | $_____ | $_____ |
| Other: | $_____ | $_____ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

|  | Reason/Applicant | Fees | Expenses |
|---|---|---|---|
|  | *Attorney for debtor:* | $ | $ |
|  | *Attorney for:* | $ | $ |
|  | *Accountant for:* | $ | $ |
|  | *Appraiser for:* | $ | $ |
|  | *Other:* | $ | $ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $_____ must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| 000013 | State of Michigan, Department of Treasury | $ | $ |
| 000014 | State of Michigan, Department of Treasury | $ | $ |
|  |  | $ | $ |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $_____ have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be _____ percent.

Timely allowed general (unsecured) claims are as follows:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| 000001 | Discover Bank/DFS Services LLC | $ | $ |
| 000002 | CHASE BANK USA | $ | $ |

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| *000003* | *John Newcomb* | $ | $ |
| *000005* | *Condell Acute Care* | $ | $ |
| *000006* | *Toledo Edison* | $ | $ |
| *000007* | *Columbia Gas of Ohio, Inc* | $ | $ |
| *000008* | *eCAST Settlement Corp./HSBC Bank* | $ | $ |
| *000009* | *American Express Bank FSB* | $ | $ |
| *000010* | *eCAST Settlement Corp./Household Finance* | $ | $ |
| *000011* | *LVNV Funding LLC / Citibank* | $ | $ |
| *000012A* | *City of Toledo* | $ | $ |

Tardily filed claims of general (unsecured) creditors totaling $       have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be      percent.

Tardily filed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $      have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be      percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |

The amount of surplus returned to the debtor after payment of all claims and interest is $_____.