## UNITED STATES BANKRUPTCY COURT
### NORTHERN  DISTRICT OF  ILLINOIS
### CHICAGO  DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| MUSTAFA, MONA F | § | Case No. 07-12965 |
| | § | |
| Debtor(s) | § | |

### NOTICE OF TRUSTEE'S FINAL REPORT AND
### APPLICATIONS FOR COMPENSATION
### AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that JOSEPH E. COHEN, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
### CLERK OF BANKRUPTCY COURT

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 0 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 2:00 PM on 10/08/2010 in Courtroom B,

Park City Branch Court
301 Greenleaf Ave.
Park City, IL 60085

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____         By: _____
                                                                    Clerk, U. S. Bankruptcy Court

*JOSEPH E. COHEN*
*105 WEST MADISON STREET*
*SUITE 1100*
*CHICAGO, IL 60602-0000*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### CHICAGO DIVISION

In re:                                     §
                                           §
MUSTAFA, MONA F                            §        Case No. 07-12965
                                           §
                    Debtor(s)              §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| *The Final Report shows receipts of* | $ | 20,479.49 |
| *and approved disbursements of* | $ | 59.09 |
| *leaving a balance on hand of*[1] | $ | 20,420.40 |

Claims of secured creditors will be paid as follows:

| *Claimant* | *Proposed Payment* |
|---|---|
| | $ |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|
| *Trustee: JOSEPH E. COHEN* | $ 2,797.95 | $ 34.20 |
| *Attorney for trustee: COHEN & KROL* | $ 2,672.50 | $ 0.00 |
| *Appraiser:* | $ | $ |
| *Auctioneer:* | $ | $ |
| *Accountant:* | $ | $ |
| *Special Attorney for trustee:* | $ | $ |
| *Charges:* | $ | $ |
| *Fees:* | $ | $ |
| *Other:* | $ | $ |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

|  | *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|---|
| *Other:* _____ | | $_____ | $_____ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

|  | *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|---|
| *Attorney for debtor:* _____ | | $_____ | $_____ |
| *Attorney for:* _____ | | $_____ | $_____ |
| *Accountant for:* _____ | | $_____ | $_____ |
| *Appraiser for:* _____ | | $_____ | $_____ |
| *Other:* _____ | | $_____ | $_____ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 7,379.91  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| 000013 | State of Michigan, Department of Treasury | $            3,074.97 | $            3,074.97 |
| 000014 | State of Michigan, Department of Treasury | $            4,304.94 | $            4,304.94 |
| _____ | _____ | $_____ | $_____ |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 94,303.17  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be  8.0  percent.

Timely allowed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 000001 | Discover Bank/DFS Services LLC | $ 15,918.61 | $ 1,272.07 |
| 000002 | CHASE BANK USA | $ 3,992.72 | $ 319.06 |
| 000003 | John Newcomb | $ 40,087.58 | $ 3,203.43 |
| 000005 | Condell Acute Care | $ 566.00 | $ 45.23 |
| 000006 | Toledo Edison | $ 108.59 | $ 8.68 |
| 000007 | Columbia Gas of Ohio, Inc | $ 810.83 | $ 64.79 |
| 000008 | eCAST Settlement Corp./HSBC Bank | $ 1,178.83 | $ 94.20 |
| 000009 | American Express Bank FSB | $ 10,040.56 | $ 802.35 |
| 000010 | eCAST Settlement Corp./Household Finance | $ 17,379.50 | $ 1,388.81 |
| 000011 | LVNV Funding LLC / Citibank | $ 3,818.65 | $ 305.15 |
| 000012A | City of Toledo | $ 401.30 | $ 32.07 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid _pro rata_ only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
|  |  | $ | $ |
|  |  | $ | $ |
|  |  | $ | $ |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid _pro rata_ only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |

The amount of surplus returned to the debtor after payment of all claims and interest is
$ 0.00 .

Prepared By: /s/Joseph E. Cohen _____
Trustee

JOSEPH E. COHEN
105 WEST MADISON STREET
SUITE 1100
CHICAGO, IL 60602-0000

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: mhenley          Page 1 of 2          Date Rcvd: Sep 15, 2010
Case: 07-12965               Form ID: pdf006         Total Noticed: 41

The following entities were noticed by first class mail on Sep 17, 2010.
```
db          +Mona Mustafa,   447 Red Cedar Road,   Lake Villa, IL 60046-8627
aty         +James T Magee,   Magee  Negele & Associates  P C,   444 N Cedar Lake Rd,
             Round Lake, IL 60073-2802
tr          +Joseph E Cohen,   Tr.,   Cohen & Krol,   105 West Madison Suite 1100,   Chicago, IL 60602-4600
11492574     All State,   P. O. Box 3589,   Akron, OH 44309-3589
11492575    +AllState Texas Lloyds Co,   c/o Credti Collection Services,   Two Wells Avenue, Dept 9135,
             Newton, MA 02459-3208
11492577    +American Express,   c/o Zwicker & Associates,   80 Minuteman Road,   Andover, MA 01810-1008
11999281     American Express Bank FSB,   c/o Becket and Lee LLP,   POB 3001,   Malvern PA 19355-0701
11492582    +Bank Of America,   P. O. Box 1598,   Norfolk, VA 23501-1598
11866621    +CHASE BANK USA,   C O WEINSTEIN AND RILEY, PS,   2001 WESTERN AVENUE, STE 400,
             SEATTLE, WA 98121-3132
11492588   ++COLUMBIA GAS,   ATTN REVENUE RECOVERY,   200 CIVIC CENTER DR 11TH FLOOR,   COLUMBUS OH 43215-4157
             (address filed with court: Columbia Gas of Ohio,   P. O. Box 9001847,
             Louisville, KY 40290-1847)
11929387   ++COLUMBIA GAS,   ATTN REVENUE RECOVERY,   200 CIVIC CENTER DR 11TH FLOOR,   COLUMBUS OH 43215-4157
             (address filed with court: Columbia Gas of Ohio, Inc,   200 Civic Center Dr.m 11th Floor,
             Columbus, OH 43215)
11492584    +Cedar Ridge Homeowners Asoc.,   c/o Propeorty Specialists, Inc.,   5999 S. New Wilke, #108,
             Rolling Meadows, IL 60008-4501
11492585    +Chase,   800 Brooksedge Blvd,   Westerville, OH 43081-2822
11492586    +Citi Cards,   P. O. Box 6923,   The Lakes, NV 88901-6923
11492587     City of Toledo,   420 madison Avenue,   Suite 100,   Toledo, OH 43667-0001
11492591    +Everhome Mortgage Co,   P. O. Box 2109,   Jacksonville, FL 32232-0001
11492593    +HSBC NV,   Bankruptcy Department,   P. O. Box 5213,   Carol Stream, IL 60197-5213
11492594    +HSBC/Best Buy,   P. O. Box 15521,   Wilmington, DE 19850-5521
11492592    +Home Depot Credit,   P. O. Box 689100,   Des Moines, IA 50368-9100
11492595     Illinois Department of Revenue Bankruptcy Section,   P.O. Box 64338,   Chicago, IL 60664-0338
11492596    +John Newcomb,   26200 W. Arbor Lane,   Channahon, IL 60410-5562
11492597    +Levenfeld Pearlstein, LLC,   2 North LaSalle Street,   Suite 1300,   Chicago, IL 60602-3709
11492598    +Litton Loan Servicing,   4828 Loop Central Drive,   Houston, TX 77081-2166
11492599     Michigan Dept. of Treasury,   Collection Division,   P. O. Box 30199,   Lansing, MI 48909-7699
11492600    +Raymond & Prokop, P.C.,   29827 Bobrich,   Livonia, MI 48152-4541
11492601    +Sears,   c/o Sherman Acquisitions,   P. O. Box 740281,   Houston, TX 77274-0281
11492602    +Sears/Citibank,   P. O. Box 6189,   Sioux Falls, SD 57117-6189
12391909    +State of Michigan, Department of Treasury,   Revenue & Collections Division,   P.O. Box 30754,
             Lansing, MI 48909-8254
11492603     Strobl & Sharp,   300 East Long Lake Road,   Suite 200,   Bloomfield Hills, MI 48304-2376
11492604   ++TOLEDO EDISON,   BANKRUPTCY DEPARTMENT,   6896 MILLER ROAD,   BRECKSVILLE OH 44141-3222
             (address filed with court: Toledo Edison,   P. O. Box 3638,   Akron, OH 44309-3638)
11926260    +Toledo Edison,   Bankruptcy Dept.,   6896 Miller Rd. Rm 204,   Breckville, OH 44141-3222
11492605    +United Collection Bureau,   5620 Southwyck Blvd,   Suite 206,   Toledo, OH 43614-1501
11999274     eCAST Settlement Corporation assignee of,   HSBC Bank Nevada and its Assigns,   POB 35480,
             Newark NJ 07193-5480
11999283     eCAST Settlement Corporation assignee of,   Household Finance Corporation/Beneficial,   POB 35480,
             Newark NJ 07193-5480
```

The following entities were noticed by electronic transmission on Sep 16, 2010.
```
11492579     E-mail/Text: ebnbankruptcy@ahm.honda.com                          American Honda Finance,
             8601 McAlpine Park Drive,   Suite 230,   Charlotte, NC 28211-6305
13072858    +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Sep 16 2010 02:56:04
             AMERICAN INFOSOURCE LP AS AGENT FOR,   FIA Card Services, NA/Bank of America,
             4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
11492578    +E-mail/PDF: CBP@AGFINANCE.COM Sep 16 2010 02:59:50     American General Financial,
             342 West Chrysler Drive,   Belvidere, IL 61008-6029
11492589    +E-mail/Text: CSINC@TDS.NET                          Condell Acute Care,
             c/o Certified Services Inc,   1733 Washington Street,   Waukegan, IL 60085-5179
11492590     E-mail/PDF: mrdiscen@discoverfinancial.com Sep 16 2010 03:08:13     Discover Financial,
             P. O. Box 15316,   Wilmington, DE 19850
11848810     E-mail/PDF: mrdiscen@discoverfinancial.com Sep 16 2010 03:08:13
             Discover Bank/DFS Services LLC,   PO Box 3025,   New Albany OH 43054-3025
12000110     E-mail/Text: resurgentbknotifications@resurgent.com
             LVNV Funding LLC its successors and assigns as,   assignee of Citibank,
             Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
                                                                                        TOTAL: 7
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*        +Joseph E Cohen,   Tr.,   Cohen & Krol,   105 West Madison Suite 1100,   Chicago, IL 60602-4600
11492580*  ++AMERICAN HONDA FINANCE,   P O BOX 168088,   IRVING TX 75016-8088
             (address filed with court: American Honda Finance,   8601 McAlpine Park Drive,   Suite 230,
             Charlotte, NC 28211-6305)
11492576   ##+American Express,   3200 Commerce Parkway,   MD1901-06,   Merrimar, FL 33025-3907
11492581   ##+Bank of America,   c/o Frederick Hanna & Assoc,   1655 Enterprise Way,   Marietta, GA 30067-9209
11492583   ##+Beneficial/Household Finance,   P. O. Box 1547,   Chesapeake, VA 23327-1547
                                                                      TOTALS: 0, * 2, ## 3
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.


Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0752-1          User: mhenley           Page 2 of 2           Date Rcvd: Sep 15, 2010
Case: 07-12965               Form ID: pdf006          Total Noticed: 41

              ***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Sep 17, 2010**                    **Signature:**  _Joseph Speetjens_