UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re: §
§
§
MUSTAFA, MONA F § Case No. 07-12965
§
Debtor(s) §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

JOSEPH E. COHEN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $              (see **Exhibit 1**), minus funds paid to the debtor and third parties of $         (see **Exhibit 2**), yielded net receipts of $              from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS:  CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER  ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| TOTAL DISBURSEMENTS | $ | $ | $ | $ |

    4) This case was originally filed under chapter ___ on _____. The case was pending for ___ months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

    Dated: _____    By:/s/JOSEPH E. COHEN _____
                                                                                                Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000012B | CITY OF TOLEDO |  |  |  |  |  |
| **TOTAL SECURED CLAIMS** |  |  | **$** | **$** | **$** | **$** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH E. COHEN | | | | | |
| JOSEPH E. COHEN | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| COHEN & KROL | | | | | |
| JOSEPH E. COHEN | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000014 | STATE OF MICHIGAN, DEPARTMENT OF TR | | | | | |
| 000013 | STATE OF MICHIGAN, DEPARTMENT OF TR | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000009 | AMERICAN EXPRESS BANK FSB | | | | | |
| 000015 | AMERICAN INFOSOURCE LP AS AGENT FOR | | | | | |
| 000002 | CHASE BANK USA | | | | | |
| 000012A | CITY OF TOLEDO | | | | | |
| 000007 | COLUMBIA GAS OF OHIO, INC | | | | | |
| 000005 | CONDELL ACUTE CARE | | | | | |
| 000001 | DISCOVER BANK/DFS SERVICES LLC | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000010 | ECAST SETTLEMENT CORPORATION ASSIGN | | | | | |
| 000008 | ECAST SETTLEMENT CORPORATION ASSIGN | | | | | |
| 000004 | JOHN NEWCOMB | | | | | |
| 000003 | JOHN NEWCOMB | | | | | |
| 000011 | LVNV FUNDING LLC ITS SUCCESSORS AND | | | | | |
| 000006 | TOLEDO EDISON | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 07-12965 ABG Judge: A. BENJAMIN GOLDGAR | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|
| Case Name: | MUSTAFA, MONA F | Date Filed (f) or Converted (c): | 07/19/07 (f) |
| | | 341(a) Meeting Date: | 08/10/07 |
| For Period Ending: | 03/08/11 | Claims Bar Date: | 03/25/08 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. REAL ESTATE | 440,999.00 | 0.00 | | 0.00 | 0.00 |
| 2. REAL ESTATE - OHIO | 85,000.00 | 0.00 | | 0.00 | 0.00 |
| 3. CHECKING | 1,200.00 | 0.00 | | 0.00 | 0.00 |
| 4. COLLEGE SAVINGS PLAN | 7,500.00 | 0.00 | | 0.00 | 0.00 |
| 5. SECURITY DEPOSIT | 350.00 | 0.00 | | 0.00 | 0.00 |
| 6. HOUSEHOLD GOODS | 4,635.00 | 0.00 | | 0.00 | 0.00 |
| 7. MOVIE POSTER COLLECTION | 1,000.00 | 0.00 | | 0.00 | 0.00 |
| 8. APPAREL | 2,000.00 | 0.00 | | 0.00 | 0.00 |
| 9. JEWELRY | 2,000.00 | 1,500.00 | | 0.00 | 1,500.00 |
| 10. SPORTS EQUIPMENT | 1,000.00 | 500.00 | | 0.00 | 500.00 |
| 11. FITNESS EQUIPMENT, CAMERA, DVD RECORDER | 1,300.00 | 700.00 | | 0.00 | 700.00 |
| 12. IRA | 106.00 | 0.00 | | 0.00 | 0.00 |
| 13. STOCK | 500.00 | 0.00 | | 0.00 | 0.00 |
| 14. CONTINGENT CLAIM | 100,000.00 | 25,000.00 | | 0.00 | 25,000.00 |
| 15. AUTOMOBILE | 28,500.00 | 0.00 | | 0.00 | 0.00 |
| 16. INCOME TAX REFUND (u) | Unknown | 20,000.00 | | 20,430.00 | 0.00 |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 50.62 | Unknown |

|  |  |  |  |
|---|---|---|---|
| | | | Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $676,090.00 | $47,700.00 | $20,480.62 | $27,700.00 |
| | | | | (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TRUSTEE HAS REQUESTED BOOKS AND RECORDS FROM THE DEBTOR. TRUSTEE HAS COLLECTED INCOME TAX REFUND FROM DEBTOR. TRUSTEE

LFORM1

Ver: 16.01c

**UST Form 101-7-TDR (10/1/2010)** *(Page: 7)*

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 2

Exhibit 8

| | | | |
|---|---|---|---|
| Case No: | 07-12965　ABG　Judge: A. BENJAMIN GOLDGAR | Trustee Name: | JOSEPH E. COHEN |
| Case Name: | MUSTAFA, MONA F | Date Filed (f) or Converted (c): | 07/19/07 (f) |
| | | 341(a) Meeting Date: | 08/10/07 |
| | | Claims Bar Date: | 03/25/08 |

WAITING FOR PENDING ADVERSARY COMPLAINT FILED BY THE DEBTOR TO BE RESOLVED.  COMPLAINT HAS NOW BEEN RESOLVED.  TRUSTEE REVIEWING CLAIMS IN THIS CASE.  TRUSTEE PREPARING HIS FINAL REPORT.  DISTRIBUTION MADE AND TRUSTEE READY TO PREPARE HIS TDR.

Initial Projected Date of Final Report (TFR): 02/28/09　　　Current Projected Date of Final Report (TFR): 09/30/10

LFORM1

**UST Form 101-7-TDR (10/1/2010)** *(Page: 8)*

Ver: 16.01c

FORM 2

Page: 1

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 07-12965 -ABG | | Trustee Name: | JOSEPH E. COHEN |
| Case Name: | MUSTAFA, MONA F | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******6919 BofA - Money Market Account |
| Taxpayer ID No: | *******8144 | | | |
| For Period Ending: | 03/08/11 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 12/24/07 | 16 | UNITED STATES TREASURY | Tax refund<br>Income tax refund | 1224-000 | 20,430.00 | | 20,430.00 |
| 12/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.500 | 1270-000 | 1.40 | | 20,431.40 |
| 01/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.400 | 1270-000 | 8.10 | | 20,439.50 |
| 02/29/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.300 | 1270-000 | 4.86 | | 20,444.36 |
| 03/25/08 | 000301 | INTERNATIONAL SURETIES, LTD. | Bond premium | 2300-000 | | 18.00 | 20,426.36 |
| 03/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.250 | 1270-000 | 4.83 | | 20,431.19 |
| 04/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.250 | 1270-000 | 4.19 | | 20,435.38 |
| 05/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 2.59 | | 20,437.97 |
| 06/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 2.52 | | 20,440.49 |
| 07/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 2.60 | | 20,443.09 |
| 08/29/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 2.59 | | 20,445.68 |
| 09/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 2.52 | | 20,448.20 |
| 10/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.100 | 1270-000 | 1.98 | | 20,450.18 |
| 11/28/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.100 | 1270-000 | 1.67 | | 20,451.85 |
| 12/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 1.03 | | 20,452.88 |
| 01/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.17 | | 20,453.05 |
| 02/27/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.16 | | 20,453.21 |
| 02/28/09 | 000302 | International Sureties, Ltd.<br>701 Poydras St.<br>Suite 420<br>New Orleans, LA 70139 | Bond premium | 2300-000 | | 16.79 | 20,436.42 |
| 03/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.18 | | 20,436.60 |
| 04/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.45 | | 20,437.05 |
| 05/29/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.52 | | 20,437.57 |
| 06/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.51 | | 20,438.08 |
| 07/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.52 | | 20,438.60 |
| 08/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.52 | | 20,439.12 |
| 09/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.50 | | 20,439.62 |
| 10/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.51 | | 20,440.13 |

FORM 2 Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD Exhibit 9

| Case No: | 07-12965 -ABG | | Trustee Name: | JOSEPH E. COHEN |
| Case Name: | MUSTAFA, MONA F | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******6919 BofA - Money Market Account |
| Taxpayer ID No: | *******8144 | | | |
| For Period Ending: | 03/08/11 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 11/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.51 | | 20,440.64 |
| 12/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.52 | | 20,441.16 |
| 01/29/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.52 | | 20,441.68 |
| 02/26/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.47 | | 20,442.15 |
| 03/26/10 | 000303 | INTERNATIONAL SURETIES, LTD. | Bond premium | 2300-000 | | 24.30 | 20,417.85 |
| 03/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.52 | | 20,418.37 |
| 04/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.50 | | 20,418.87 |
| 05/28/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.52 | | 20,419.39 |
| 06/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.50 | | 20,419.89 |
| 07/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.51 | | 20,420.40 |
| 08/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.53 | | 20,420.93 |
| 09/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.50 | | 20,421.43 |
| 10/07/10 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.10 | | 20,421.53 |
| 10/07/10 | | Transfer to Acct #*******1451 | Final Posting Transfer | 9999-000 | | 20,421.53 | 0.00 |

| Account *******6919 | | Balance Forward | 0.00 | | | |
|---|---|---|---|---|---|---|
| 1 | Deposits | | 20,430.00 | 3 | Checks | 59.09 |
| 35 | Interest Postings | | 50.62 | 0 | Adjustments Out | 0.00 |
| | | | | 1 | Transfers Out | 20,421.53 |
| | Subtotal | $ | 20,480.62 | | | |
| | | | | | Total | $ 20,480.62 |
| 0 | Adjustments In | | 0.00 | | | |
| 0 | Transfers In | | 0.00 | | | |
| | Total | $ | 20,480.62 | | | |

LFORM2T4 UST Form 101-7-TDR (10/1/2010) (Page: 10) Ver: 16.01c

FORM 2

Page: 3

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 07-12965 -ABG | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|
| Case Name: | MUSTAFA, MONA F | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******1451  BofA - Checking Account |
| Taxpayer ID No: | *******8144 | | |
| For Period Ending: | 03/08/11 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 10/07/10 | | Transfer from Acct #*******6919 | Transfer In From MMA Account | 9999-000 | 20,421.53 | | 20,421.53 |
| 10/14/10 | 003001 | JOSEPH E. COHEN<br>105 WEST MADISON STREET<br>SUITE 1100<br>CHICAGO, IL  60602-0000 | Chapter 7 Compensation/Fees | 2100-000 | | 2,797.95 | 17,623.58 |
| 10/14/10 | 003002 | JOSEPH E. COHEN<br>105 WEST MADISON STREET<br>SUITE 1100<br>CHICAGO, IL  60602-0000 | Chapter 7 Expenses | 2200-000 | | 34.20 | 17,589.38 |
| 10/14/10 | 003003 | COHEN & KROL | Attorney for Trustee fees | 3110-000 | | 1,781.67 | 15,807.71 |
| 10/14/10 | 003004 | Joseph E. Cohen | Attorney for Trustee fees | 3110-000 | | 890.83 | 14,916.88 |
| 10/14/10 | 003005 | State of Michigan, Department of Treasury<br>Revenue & Collections Division<br>P.O. Box 30754<br>Lansing, MI 48909 | Claim 000013, Payment 100.00000% | 5800-000 | | 3,074.97 | 11,841.91 |
| 10/14/10 | 003006 | State of Michigan, Department of Treasury<br>Revenue & Collections Division<br>P.O. Box 30754<br>Lansing, MI 48909 | Claim 000014, Payment 100.00000% | 5800-000 | | 4,304.94 | 7,536.97 |
| 10/14/10 | 003007 | Discover Bank/DFS Services LLC<br>PO Box 3025<br>New Albany OH 43054-3025 | Claim 000001, Payment 8.02645% | 7100-000 | | 1,277.70 | 6,259.27 |
| 10/14/10 | 003008 | CHASE BANK USA<br>C O WEINSTEIN AND RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121 | Claim 000002, Payment 8.02636% | 7100-000 | | 320.47 | 5,938.80 |
| 10/14/10 | 003009 | John Newcomb<br>26200 W. Arbor Lane<br>Channahon, IL 60410 | Claim 000003, Payment 8.02643% | 7100-000 | | 3,217.60 | 2,721.20 |
| 10/14/10 | 003010 | Condell Acute Care | Claim 000005, Payment 8.02650% | 7100-000 | | 45.43 | 2,675.77 |

LFORM2T4  UST Form 101-7-TDR (10/1/2010) (Page: 11)                                                                                      Ver: 16.01c

FORM 2

Page: 4

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 07-12965 -ABG | | Trustee Name: | JOSEPH E. COHEN |
| Case Name: | MUSTAFA, MONA F | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******1451 BofA - Checking Account |
| Taxpayer ID No: | *******8144 | | | |
| For Period Ending: | 03/08/11 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | c/o Certified Services Inc | | | | | |
| | | 1733 Washington Street | | | | | |
| | | Waukegan, IL 60085 | | | | | |
| 10/14/10 | 003011 | Toledo Edison | Claim 000006, Payment 8.03021% | 7100-000 | | 8.72 | 2,667.05 |
| | | Bankruptcy Dept. | | | | | |
| | | 6896 Miller Rd. Rm 204 | | | | | |
| | | Breckville, OH 44141 | | | | | |
| 10/14/10 | 003012 | Columbia Gas of Ohio, Inc | Claim 000007, Payment 8.02634% | 7100-000 | | 65.08 | 2,601.97 |
| | | 200 Civic Center Dr.m 11th Floor | | | | | |
| | | Columbus, OH 43215 | | | | | |
| 10/14/10 | 003013 | eCAST Settlement Corp./HSBC Bank | Claim 000008, Payment 8.02660% | 7100-000 | | 94.62 | 2,507.35 |
| | | Nevada | | | | | |
| | | POB 35480 | | | | | |
| | | Newark NJ 07193-5480 | | | | | |
| 10/14/10 | 003014 | American Express Bank FSB | Claim 000009, Payment 8.02644% | 7100-000 | | 805.90 | 1,701.45 |
| | | c/o Becket and Lee LLP | | | | | |
| | | POB 3001 | | | | | |
| | | Malvern PA 19355-0701 | | | | | |
| 10/14/10 | 003015 | eCAST Settlement Corp./Household | Claim 000010, Payment 8.02641% | 7100-000 | | 1,394.95 | 306.50 |
| | | Finance Corp/Beneficial | | | | | |
| | | POB 35480 | | | | | |
| | | Newark NJ 07193-5480 | | | | | |
| 10/14/10 | 003016 | LVNV Funding LLC / Citibank | Claim 000011, Payment 8.02640% | 7100-000 | | 306.50 | 0.00 |
| | | Resurgent Capital Services | | | | | |
| | | PO Box 10587 | | | | | |
| | | Greenville, SC 29603-0587 | | | | | |

FORM 2

Page: 5

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 07-12965 -ABG | Trustee Name: | JOSEPH E. COHEN |
| Case Name: | MUSTAFA, MONA F | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******1451 BofA - Checking Account |
| Taxpayer ID No: | *******8144 | | |
| For Period Ending: | 03/08/11 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

Account *******1451
- Balance Forward: 0.00
- 0 Deposits: 0.00
- 0 Interest Postings: 0.00
- Subtotal: $ 0.00
- 0 Adjustments In: 0.00
- 1 Transfers In: 20,421.53
- Total: $ 20,421.53

- 16 Checks: 20,421.53
- 0 Adjustments Out: 0.00
- 0 Transfers Out: 0.00
- Total: $ 20,421.53

Report Totals
- Balance Forward: 0.00
- 1 Deposits: 20,430.00
- 35 Interest Postings: 50.62
- Subtotal: $ 20,480.62
- 0 Adjustments In: 0.00
- 1 Transfers In: 20,421.53
- Total: $ 40,902.15

- 19 Checks: 20,480.62
- 0 Adjustments Out: 0.00
- 1 Transfers Out: 20,421.53
- Total: $ 40,902.15

Net Total Balance: $ 0.00